UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

United States of America

                           ORDER ACCEPTING PLEA ALLOCUTION

                           S1 08 Cr. 1221 (SCR)

       v.

Michael Procopis,
_____

ROBINSON, J.

      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated May 21, 2010, is approved and accepted.

      The Clerk of the court is directed to enter the plea.

Date: *June 9, 2010*

                                                SO ORDERED:

                                                STEPHEN C. ROBINSON
                                                UNITED STATES DISTRICT JUDGE